# EXHIBIT A

| DAY | Date | Time | DAY | Date | Time |
|---|---|---|---|---|---|
| Friday | 1/10/13 | 8:21 AM | | | |
| | | 9:48 AM | | | |
| | | 10:54 AM | | | |
| | | 12:09 PM | | | |
| Saturday | 1/11/14 | 8:21 AM | | | |
| | | 11:56 AM | | | |
| | | 2:44 PM | | | |
| | | 3:42 AM | | | |
| Sunday | 1/12/14 | 8:41 AM | | | |
| | | 2:40 AM | | | |
| Monday | 1/13/14 | 8:18 AM | Tuesday | 1/21/14 | 8:26 AM |
| | | 11:48 AM | | | 1:07 AM |
| | | 3:57 PM | | | 4:17 AM |
| Tuesday | 1/14/14 | 8:17 AM | Wednesday | 1/22/14 | 8:18 AM |
| | | 9:57 AM | | | 8:56 AM |
| | | 12:49 PM | | | 1:33 PM |
| | | 8:17 PM | | | 4:17 PM |
| Wednesda | 1/15/14 | 8:19 AM | Thursday | 1/23/14 | 8:25 AM |
| | | 9:39 AM | | | 11:32 AM |
| | | 11:38 AM | | | 1:00 PM |
| Thursday | 1/16/14 | 8:22 AM | | | 2:24 PM |
| | | 8:57 AM | Friday | 1/24/14 | 8:21 AM |
| | | 9:54 AM | | | 12:20 PM |
| | | 12:26 PM | | | 3:24 PM |
| Friday | 1/17/14 | 8:27 AM | | | 3:45 PM |
| | | 9:38 AM | Saturday | 1/25/14 | 8:23 AM |
| | | 12:25 PM | | | 10:32 AM |
| | | 2:22 PM | | | 12:25 PM |
| Saturday | 1/18/14 | 8:31 AM | | | 2:41 PM |
| | | 12:20 PM | Sunday | 1/26/14 | 8:27 AM |
| | | 3:29 PM | | | 11:58 AM |
| | | 4:30 PM | | | 2:56 PM |
| Sunday | 1/19/14 | 8:32 AM | | | 4:18 PM |
| | | 9:44 AM | Monday | 1/27/14 | 8:46 AM |
| | | 11:54 AM | Tuesday | 1/28/14 | 11:01 AM |
| | | 3:21 PM | | | 11:38 AM |
| Monday | 1/20/14 | 8:28 AM | | | 12:53 PM |
| | | 9:33 AM | Wednesday | 1/29/14 | 8:26 AM |
| | | 12:49 PM | | | 11:56 AM |
| | | 3:49 AM | | | 12:55 PM |