AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| BRIAN PECKINPAUGH )<br>*Plaintiff* )<br>v. ) Case No.  3:14-CV-00026-CAR<br>MIDLAND CREDIT MANAGEMENT, INC. )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Midland Credit Management, Inc.

Date:    04/11/2014

*Attorney's signature*

Amanda E. Wilson, Georgia Bar No. 456493
*Printed name and bar number*

Burr & Forman LLP
171 Seventeenth Street NW, Suite 1100
Atlanta, Georgia  30363
*Address*

awilson@burr.com
*E-mail address*

(404) 815-3000
*Telephone number*

(404) 817-3244
*FAX number*